B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>**Northern District of Illinois** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Codex Group, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**20-4466286** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**830 N. Ashland Ave, Suite 1S**<br>**Chicago, IL**<br>ZIP Code **60622** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Cook** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | **830 N. Ashland Ave., Suite 1S**<br>**Chicago, IL 60622** |

**Type of Debtor**
(Form of Organization)
(Check one box)

☐ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
■ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
■ Other

**Tax-Exempt Entity**
(Check box, if applicable)

☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

■ Chapter 7
☐ Chapter 9
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
■ Debts are primarily business debts.

**Filing Fee** (Check one box)

■ Full Filing Fee attached

☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (amount subject to adjustment on 4/01/13 and every three years thereafter).

Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(4/10) | Page 2

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Codex Group, Inc.** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____<br>Signature of Attorney for Debtor(s)        (Date) |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(4/10)    Page 3

## Voluntary Petition

*(This page must be completed and filed in every case)*

**Name of Debtor(s):**
**Codex Group, Inc.**

**Signatures**

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X **/s/ David Freydin**
Signature of Attorney for Debtor(s)

**David Freydin 6286192**
Printed Name of Attorney for Debtor(s)

**Law Offices of David Freydin, Ltd.**
Firm Name

**4433 West Touhy**
**Suite 405**
**Lincolnwood, IL 60712**
Address

**Email: david.freydin@freydinlaw.com**
**888-536-6607  Fax: 866-575-3765**
Telephone Number

**August 22, 2011**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Vyacheslav Yakonskyy**
Signature of Authorized Individual

**Vyacheslav Yakonskyy**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**August 22, 2011**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
### Northern District of Illinois

In re    **Codex Group, Inc.**
_____,
                              Debtor

Case No. _____

Chapter_____**7**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 3 | 0.00 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 0.00 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 34 | | 1,089,975.14 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 42 | | | |
| Total Assets | | | 0.00 | | |
| Total Liabilities | | | | 1,089,975.14 | |

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Codex Group, Inc.**
_____,    Case No. _____

Debtor

Chapter_____**7**_____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

.

In re  **Codex Group, Inc.**                                                                ,        Case No. _____
                                                    Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

|  |  |  |
|---|---|---|
| Sub-Total > | **0.00** | (Total of this page) |
| Total > | **0.00** | |

__0__  continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

In re  **Codex Group, Inc.**                                              ,          Case No. _____
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | X | | | |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | X | | | |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10.  Annuities. Itemize and name each issuer. | X | | | |

                                                                        Sub-Total >              **0.00**
                                                                      (Total of this page)

__2__  continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   **Codex Group, Inc.**                                          ,        Case No. _____
                                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

Sub-Total >        **0.00**
(Total of this page)

Sheet __1__ of __2__ continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re   **Codex Group, Inc.**                                    ,    Case No. _____
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | **Construction equipment** | **-** | **Unknown** |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

Sub-Total >        **0.00**
(Total of this page)
Total >        **0.00**

Sheet __2__ of __2__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

B6D (Official Form 6D) (12/07)

In re    **Codex Group, Inc.**                                           ,    Case No. _____

Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | **Construction equipment** | | | | | |
| **CNH Capital** **PO BOX 0507** **Carol Stream, IL 60132-0507** | - | | | | | | | |
| | | | Value $          **Unknown** | | | | 0.00 | **Unknown** |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |
| __0__  continuation sheets attached | | | | | Subtotal (Total of this page) | | 0.00 | 0.00 |
| | | | | | Total (Report on Summary of Schedules) | | 0.00 | 0.00 |

B6E (Official Form 6E) (4/10)

In re    **Codex Group, Inc.**                                                                    ,                Case No. _____
                                                          Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

    A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

    The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

    Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

    Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

    Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

    Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

    Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

    Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

    Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

    Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

    Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

 

*\* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

<u>    0    </u>  continuation sheets attached

B6F (Official Form 6F) (12/07)

In re   **Codex Group, Inc.**                                          ,   Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | | | | | |
| **ABD & Associates c/o Zenon Wozny 8747 W. Bryn Mawr, Unit 505 Chicago, IL 60631** | - | | | | | | | | **Unknown** |
| Account No. | | | | | | | | | |
| **ABD American Builders andDevelopers Valeriy Yenakiy 2654 American Lane Elk Grove Village, IL 60007** | | | | | | | | | **Unknown** |
| Account No. | | | | | | | | | |
| **Acorn Garage, Inc. 417 N. Hoyne Ave. Chicago, IL 60612** | - | | | | | | | | **Unknown** |
| Account No. | | | | | | | | | |
| **ADT Security Service, Inc. PO BOX 371490 Pittsburgh, PA 15250-7490** | - | | | | | | | | **Unknown** |

__33__  continuation sheets attached

Subtotal
(Total of this page)                                                 **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Codex Group, Inc.**                                    ,          Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx-xxxx-xxxx-2227** <br><br> **Advanta Bank Corporation** <br> **PO Box 30715** <br> **Salt Lake City, UT 84130-0715** | - | | | | | | **16,746.27** |
| Account No. <br><br> **Airgas North Central** <br> **3223-27 North Elston** <br> **Chicago, IL 60618** | - | | | | | | **Unknown** |
| Account No. <br><br> **AJAX Waster Services** <br> **PO BOX 3909** <br> **Joliet, IL 60434** | - | | | | | | **Unknown** |
| Account No. <br><br> **Al Warren Oill Company** <br> **c/o Michael D. Weis** <br> **PO BOX 1166** <br> **Northbrook, IL 60065** | - | | | | | | **17,996.80** |
| Account No. **xxxx-xxxxx-x1000** <br><br> **American Express** <br> **Box 0001** <br> **Los Angeles, CA 90096-0001** | - | | | | | | **3,495.15** |

Sheet no. _**1**_ of _**33**_ sheets attached to Schedule of                          Subtotal                   **38,238.22**
Creditors Holding Unsecured Nonpriority Claims                        (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re    **Codex Group, Inc.** _____,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. **xxxx-xxxxxx-x1000** <br><br> **American Express** <br> **Box 0001** <br> **Los Angeles, CA 90096-0001** | | - | | | | | | **3,711.65** |
| Account No. <br><br> **American Waste Haulers, Inc.** <br> **2100 W. Madison St.** <br> **Maywood, IL 60153** | | - | | | | | | **Unknown** |
| Account No. **40** <br><br> **Armchair Property Management** <br> **PO BOX 577395** <br> **Chicago, IL 60657** | | - | | | | | | **2,600.00** |
| Account No. **39** <br><br> **Armchair Property Management** <br> **PO BOX 577395** <br> **Chicago, IL 60657** | | - | | | | | | **1,600.00** |
| Account No. <br><br> **Axis Response Group, LLC** <br> **PO BOX 597379** <br> **Chicago, IL 60659** | | - | | | | | | **Unknown** |

Sheet no. __**2**__ of __**33**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          | **7,911.65** |

B6F (Official Form 6F) (12/07) - Cont.

In re   **Codex Group, Inc.** _____,   Case No. _____
                                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xxxx-xxxx-xxxx-1432** <br><br> **Bank of America** <br> **PO Box 15184** <br> **Wilmington, DE 19850-5184** | | - | | | | | | 14,571.83 |
| Account No. <br><br> **Blue Book of Building and Construct** <br> **c/o Prentice Hall Corp.** <br> **33 North LaSalle Co.** <br> **Chicago, IL 60602** | | - | | | | | | Unknown |
| Account No. **xxxx-xxxx-xxxx-9482** <br><br> **Chase Cardmember Services** <br> **PO Box 15678** <br> **Wilmington, DE 19885-5678** | | - | | | | | | 7,848.51 |
| Account No. **xxxx-xxxx-xxxx-6120** <br><br> **Citi Cards** <br> **PO Box 6077** <br> **Sioux Falls, SD 57117-6077** | | - | | | | | | 4,130.71 |
| Account No. <br><br> **City of Chicago** <br> **Administrative Hearings Collections** <br> **121 N. LaSalle St., Room 107A** <br> **Chicago, IL 60602** | | - | | | | | | Unknown |

Sheet no. __3___ of __33__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

26,551.05

B6F (Official Form 6F) (12/07) - Cont.

In re    **Codex Group, Inc.**                                                    ,    Case No. _____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **10 L 51039** <br><br> **CNH Capital America LLC** <br> **c/o W. Kent Carter - Clark Hill PLC** <br> **150 N. Michigan Ave. #2700** <br> **Chicago, IL 60601** | - | | deficiency on secured loan | | | | **Unknown** |
| Account No. <br><br> **Cobra Concrete Cutting Inc.** <br> **2416 E. Oakton** <br> **Arlington Heights, IL 60005** | - | | | | | | **Unknown** |
| Account No. <br><br> **Crown Steel Sales** <br> **3355 West 31st** <br> **Chicago, IL 60623** | - | | | | | | **Unknown** |
| Account No. <br><br> **Cumberland Accounting Services** <br> **4501 N. Cumberland, Suite C** <br> **Harwood Heights, IL 60706** | - | | | | | | **Unknown** |
| Account No. <br><br> **De Canio Builders** <br> **738 N. California** <br> **Chicago, IL 60612** | - | | | | | | **Unknown** |

Sheet no. __4__ of __33__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Codex Group, Inc.**                                                    ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Discount Roofind Materials, Inc. 2700 N. Pulaski Ave. Chicago, IL 60639 | - | | | | | | | Unknown |
| Account No. **xxxx xxxx xxxx 3587** | | | | | | | | |
| Discover Financial Services P.O. Box 30943 Salt Lake City, UT 84130-0943 | - | | | | | | | 6,211.66 |
| Account No. **xxxx xxxx xxxx 3188** | | | | | | | | |
| Discover Financial Services P.O. Box 30943 Salt Lake City, UT 84130-0943 | - | | | | | | | 1,191.62 |
| Account No. | | | | | | | | |
| Dmytro Trotsenko 2732 W. Thomas Chicago, IL 60622 | - | | | | | | | Unknown |
| Account No. | | | | | | | | |
| Ecogardens LLC c/o Gregory Raymond 1937 N. Winchester Chicago, IL 60622 | - | | | | | | | Unknown |

Sheet no. __5__ of __33__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

7,403.28

B6F (Official Form 6F) (12/07) - Cont.

In re    **Codex Group, Inc.**                                           ,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | - | | | | | | |
| **Edgar Farez 3805 W. Diversey Chicago, IL 60647** | | | | | | | **Unknown** |
| Account No. **xxxxxx3503** | - | | | | | | |
| **Elavon Settlement PO BOX 86 SDS 12-2291 Minneapolis, MN 55486** | | | | | | | **1,600.00** |
| Account No. **x7502** | - | | | | | | |
| **Enterprise Portfolio Services 4308 Three Mile Rd. NW Grand Rapids, MI 49534-1297** | | | | | | | **8,023.65** |
| Account No. | - | | | | | | |
| **ETS Environmental & Associates Daniel Anderson 1820 Wallace Ave., Suite 123 Saint Charles, IL 60174** | | | | | | | **Unknown** |
| Account No. | - | | | | | | |
| **Eugene Koulbanski 7606 Eleanor Place Willowbrook, IL 60527** | | | | | | | **50,000.00** |

Sheet no. __6__ of __33__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**59,623.65**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Codex Group, Inc.**                                                                    ,          Case No. _____
_____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Eugeni Heating, Inc.** <br> **c/o Eugeni Kolbanski** <br> **425 Huehl Road, Suite 4B** <br> **Northbrook, IL 60062** | - | | | | | | **Unknown** |
| Account No. <br><br> **Exclusive Tile, Inc.** <br> **c/o Alexander Govzan** <br> **1622 N. 73rd** <br> **Elmwood Park, IL 60707** | - | | | | | | **Unknown** |
| Account No. <br><br> **Favorite Construction** <br> **7444 W. Oleander Ave.** <br> **Chicago, IL 60631** | - | | | | | | **Unknown** |
| Account No. **xxxx-xxxx-xxxx-3504** <br><br> **First Equity Card Corporation** <br> **PO Box 23029** <br> **Columbus, GA 31902-3029** | - | | | | | | **18,098.79** |
| Account No. <br><br> **Fischer Crane Inc.** <br> **120 S. LaSalle, Suite 1335** <br> **Chicago, IL 60603** | - | | | | | | **Unknown** |

Sheet no. __7__ of __33__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **18,098.79**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Codex Group, Inc.**                                                    ,    Case No. _____
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | commercial lease | | | | |
| **Five Point Capital, Inc.** **10525 Vista Sorrento Prkwy #304** **San Diego, CA 92121** | - | | | | | | **Unknown** |
| Account No. | | | | | | | |
| **Ford Motor Credit** **PO BOX 54200** **Omaha, NE 68154** | - | | | | | | **19,097.42** |
| Account No. | | | | | | | |
| **Foundation Drilling** **215 Industrial Lane** **Wheeling, IL 60090** | - | | | | | | **Unknown** |
| Account No. | | | | | | | |
| **Foundation Engineering** **PO BOX 3613** **Lake Zurich, IL 60047** | - | | | | | | **Unknown** |
| Account No. | | | | | | | |
| **Fry Water and Damp Proofing** **13624 Eileen Court** **Orland Park, IL 60462** | - | | | | | | **Unknown** |

Sheet no. __8__ of __33__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                          **19,097.42**

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re __**Codex Group, Inc.**_____,    Case No. _____
                            Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| **Gilbert Levis Associates**<br>**1020 E. 41st Place**<br>**Chicago, IL 60653** | - | | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| **Great House Construction**<br>**c/o Ihor Khoma**<br>**2134 Beechnut Rd.**<br>**Northbrook, IL 60062** | - | | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| **Hambro**<br>**4010 Clay St.**<br>**PO BOX C/285**<br>**Point of Rocks, MD 21777** | - | | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| **Hanna Architects**<br>**188 W. Randolph St.**<br>**Chicago, IL 60601** | - | | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| **Hausman-Kunkel, Inc.**<br>**43 East Glenlake**<br>**Roselle, IL 60172** | - | | | | | | | **Unknown** |

Sheet no. __**9**___ of __**33**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal                **0.00**
(Total of this page)

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Codex Group, Inc.**                                        ,        Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **x5388**<br><br>**Health & Fitness Center**<br>**1501 Busch Parkway**<br>**Buffalo Grove, IL 60089** | - | | | | | | **480.00** |
| Account No.<br><br>**Hinkle Engineering**<br>**8167 South Cass**<br>**Darien, IL 60561** | - | | | | | | **Unknown** |
| Account No.<br><br>**Hollywood Crane Services**<br>**PO BOX 414**<br>**Chicago Ridge, IL 60415** | - | | | | | | **Unknown** |
| Account No.<br><br>**Home Depot Credit Services**<br>**Processing Center**<br>**Des Moines, IA 50364-0500** | - | | | | | | **Unknown** |
| Account No. **xxxxx9109**<br><br>**Honda Financial Services**<br>**P.O. Box 60001**<br>**City Of Industry, CA 91716** | - | | | | | | **Unknown** |

Sheet no. __10__ of __33__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal                    | **480.00**
(Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Codex Group, Inc.**
_____,   Case No. _____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Iaroslav Palagniuk 2558 W. Superior Chicago, IL 60612 | | - | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| Ihor Shvetsov 836 N. Damen Ave. Chicago, IL 60622 | | - | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| Ilim Mazhitov 5365 N. Delphia Ave. Apt. 266 Chicago, IL 60656 | | - | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| Interior Stone of Midwest, Inc. c/o Stanley Pluta 1801-17 N. Humboldt Chicago, IL 60647 | | - | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| Ivan Barabash 3108 W. Walton St. Apt 2A Chicago, IL 60622 | | - | | | | | | **Unknown** |

Sheet no. __11__ of __33__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Codex Group, Inc.**                                    ,      Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | | | | | |
| Ivan Gasko 3123 N. Natoma Ave. Chicago, IL 60634 | - | | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| Ivan Vintonyak 2121 W. Huron St. Chicago, IL 60612 | - | | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| Karen Biazar 2324 W. North Ave. Chicago, IL 60647-5315 | - | | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| Kavic Construction c/o Victor Kashivskiy 1040 Withfield Road Northbrook, IL 60062 | - | | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| Kazim Shamuratov 8614 W. Berwyn Chicago, IL 60656 | - | | | | | | | **Unknown** |

Sheet no. __12__ of __33__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          **0.00**

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Codex Group, Inc.**                                                        ,        Case No. _____
                                         Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Kowenia & Alex Services** <br> **3045 N. Milwaukee Ave.** <br> **Chicago, IL 60618** | - | | | | | | **Unknown** |
| Account No. **1445376** <br><br> **KRW Consulting Group** <br> **c/o Law Offices of Joel Cardis** <br> **2006 Swede Road, Suite 100** <br> **Norristown, PA 19401** | - | | | | | | **4,885.36** |
| Account No. <br><br> **L Poleyk** <br> **c/o Ira Kaufman** <br> **566 West Lake St. Suite 410** <br> **Chicago, IL 60661** | - | | | | | | **Unknown** |
| Account No. <br><br> **LAS Hardwood Inc.** <br> **5200 Wesley Terrace** <br> **Chicago, IL 60656** | - | | | | | | **Unknown** |
| Account No. **INV00084821** <br><br> **LiveOffice LLC** <br> **2780 Skypark Drive, Suite 300** <br> **Torrance, CA 90505** | - | | | | | | **417.38** |

Sheet no. __**13**__ of __**33**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **5,302.74**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Codex Group, Inc.**                                              ,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Lopeli, Ltd. c/o Eugene Volynets PO BOX 417 Greenvale, NY 11548** | - | | | | | | 500,000.00 |
| Account No. **LZ Services Express, Inc. c/o Ladislav Zumar 18 W. 125 63rd St., Apt .203A Westmont, IL 60559** | | | | | | | 320.00 |
| Account No. **Malgorzata Sierbinska 1963 Grove Ave. Schaumburg, IL 60173** | - | | | | | | Unknown |
| Account No. **Mariya Barabach 2637 W. Haddon Chicago, IL 60622** | - | | | | | | Unknown |
| Account No. **Master Washing 3351 N. Neenah Chicago, IL 60634** | - | | | | | | Unknown |

Sheet no. __14__ of __33__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**500,320.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Codex Group, Inc.** _____,   Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Mayfair Lumber**<br>**4825 W. Lawrence Ave.**<br>**Chicago, IL 60630** | - | | | | | | **Unknown** |
| Account No. <br><br>**MBP Services**<br>**c/o Martin Brzozowski**<br>**1500 Sandstone**<br>**Wheeling, IL 60090** | - | | | | | | **Unknown** |
| Account No. <br><br>**Metal Construction Inc.**<br>**c/o Dmytro Venhrynovych**<br>**1910 W. Chicago Ave., Unit 3R**<br>**Chicago, IL 60622** | - | | | | | | **Unknown** |
| Account No. <br><br>**Michael's Carpentry and Remodeling**<br>**c/o Michael Mayik**<br>**203 N. Fairview St**<br>**Mount Prospect, IL 60056** | - | | | | | | **Unknown** |
| Account No. <br><br>**Midwest Bank**<br>**PO Box 790408**<br>**Saint Louis, MO 63179-0408** | - | | | | | | **Unknown** |

Sheet no. __15__ of __33__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Codex Group, Inc.**                                           , Case No. _____

Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. **Midwest Technical Consultants** **1840 Centre Point** **Naperville, IL 60563** | - | | | | | | | **Unknown** |
| Account No. **Milena Jguenti, MD** **1247 North Milwaukee Ave.** **Glenview, IL 60025** | - | | | | | | | **170.00** |
| Account No. **Miroslaw Siembab** **2921 N. 77th Ave.** **Elmwood Park, IL 60707** | - | | | | | | | **Unknown** |
| Account No. **MM Universal Corp** **c/o Mykhaylo Samnara** **2320 West Iowa St, 3rd Floor** **Chicago, IL 60622** | - | | | | | | | **Unknown** |
| Account No. **MNOA Construction** **c/o Murtaza Shamuratov** **5241 N. Potawatomie Unit 1W** **Chicago, IL 60656** | - | | | | | | | **Unknown** |

Sheet no. __16__ of __33__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **170.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Codex Group, Inc.** _____ ,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Mobile Mini, Inc. c/o CT Corporation 208 S. LaSalle St., Suite 814 Chicago, IL 60604 | - | | | | | | | Unknown |
| Account No. | | | | | | | | |
| Multiple Concrete Accesories 20284 N. Rand Road Palatine, IL 60074 | - | | | | | | | 180,000.00 |
| Account No. | | | | | | | | |
| N.Y. Watchmen Services c/o Michael Elem 544 53rd Ave Bellwood, IL 60104 | - | | | | | | | Unknown |
| Account No. **xxxx8872** | | | | | | | | |
| Nicor, Inc. PO Box 416 Aurora, IL 60568 | - | | | | | | | 120.00 |
| Account No. | | | | | | | | |
| Olearys Contractors 4554 W. North Ave. Chicago, IL 60639 | - | | | | | | | Unknown |

Sheet no. __17__ of __33__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            **180,120.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Codex Group, Inc.** _____ ,    Case No. _____

Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Oleg Stadnyk 3443 W. Chicago Ave. 2nd Floor Chicago, IL 60651 | - | | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| OMK Steel Construction 2547 W. Superior St. Chicago, IL 60622 | - | | | | | | | **Unknown** |
| Account No. **xxxx5679** | | | | | | | | |
| Ozinga Ready Mix Concrete PO BOX 910 Frankfort, IL 60423 | - | | | | | | | **38,450.82** |
| Account No. | | | | | | | | |
| Patent Construction Systems PO BOX 643465 Pittsburgh, PA 15264 | - | | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| Pavlo Derevianyi 822 N. Campbell Chicago, IL 60622 | - | | | | | | | **Unknown** |

Sheet no. __18__ of __33__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**38,450.82**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Codex Group, Inc.**                                            ,        Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. <br><br>**Payline West Inc.**<br>**420 Nolen Drive**<br>**South Elgin, IL 60177** | - | | | | | | | **Unknown** |
| Account No. <br><br>**PED, Inc.**<br>**5264 N. Natchez**<br>**Chicago, IL 60656** | - | | | | | | | **Unknown** |
| Account No. **xxxxxxxxx2839**<br><br>**Peoples Energy**<br>**ATTN: Customer Service**<br>**130 East Randolph Drive**<br>**Chicago, IL 60601** | - | | | | | | | **1,300.00** |
| Account No. **9500047315534/5537**<br><br>**Peoples Energy**<br>**ATTN: Customer Service**<br>**130 East Randolph Drive**<br>**Chicago, IL 60601** | - | | | | | | | **980.00** |
| Account No. <br><br>**Piotr Tokarz**<br>**PT's Heating and Cooling**<br>**3431 N. Knox**<br>**Chicago, IL 60641** | - | | | | | | | **Unknown** |

Sheet no. __**19**__ of __**33**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**2,280.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Codex Group, Inc.**                                    ,        Case No. _____
                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Platyk Plumbing**<br>**c/o Wladyslaw Patyk**<br>**7475 Oak Park Ave.**<br>**Niles, IL 60714** | - | | | | | | **Unknown** |
| Account No. **xxxx xxxx xxxx 6006**<br><br>**PNC Bank**<br>**PO BOX 856177**<br>**Louisville, KY 40285-6177** | - | | business credit card (DIM Builders) | | | | **20,576.19** |
| Account No. **xxxx xxxx xxxx 2851**<br><br>**PNC Bank**<br>**PO BOX 856177**<br>**Louisville, KY 40285** | - | | | | | | **5,458.10** |
| Account No.<br><br>**Poldor Construction**<br>**3410 N. Nordica**<br>**Chicago, IL 60634** | - | | | | | | **Unknown** |
| Account No.<br><br>**Praire Materials**<br>**5185 Paysphere Circle**<br>**Chicago, IL 60674** | - | | | | | | **60,000.00** |

Sheet no. __20__ of __33__ sheets attached to Schedule of                              Subtotal                   **86,034.29**
Creditors Holding Unsecured Nonpriority Claims                              (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re    **Codex Group, Inc.**                                    ,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Premium Exteriors, Inc. 5521 N. Cumberland #1109 Chicago, IL 60656 | - | | | | | | | Unknown |
| Account No. | | | | | | | | |
| Professional Warranty Service 4443 Brookfield Corporate Chantilly, VA 20151 | - | | | | | | | Unknown |
| Account No. | | | | | | | | |
| Progress IP, Inc. 2558 W. Superior Chicago, IL 60612 | - | | | | | | | Unknown |
| Account No. | | | | | | | | |
| PT's Heating and Cooling, Inc. 710 N. Dryden Arlington Heights, IL 60004 | - | | | | | | | Unknown |
| Account No. | | | | | | | | |
| Quality Excavation 1120 W. Belmont Ave. Chicago, IL 60657 | - | | | | | | | Unknown |

Sheet no. __21__ of __33__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Codex Group, Inc.**_____,   Case No. _____
                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| R.A.R. Design Square Inc. 2618 W. Superior Chicago, IL 60612 | - | | | | | | | Unknown |
| Account No. | | | | | | | | |
| Rach Electric c/o Zoe Biel 1478 West Webster Ave. Chicago, IL 60614 | - | | | | | | | Unknown |
| Account No. | | | | | | | | |
| Rafael Henry 4444 N. Avers Chicago, IL 60625 | - | | | | | | | Unknown |
| Account No. | | | | | | | | |
| Ramiro Rendon 1936 S. Central Cicero, IL 60804 | - | | | | | | | Unknown |
| Account No. | | | | | | | | |
| Ravenswood Disposal Services c/o Branko Vardijan 660 Meadowood Lake Forest, IL 60045 | - | | | | | | | Unknown |

Sheet no. __22__ of __33__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Codex Group, Inc.**                                                    ,   Case No. _____
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Rite Construction** <br>**c/o Peter Kaczynski** <br>**191 Oakland Grove** <br>**Elmhurst, IL 60126** | - | | | | | | **Unknown** |
| Account No. <br><br>**Riverside Pump** <br>**9345 Southview** <br>**PO BOX 597** <br>**Brookfield, IL 60513** | - | | | | | | **Unknown** |
| Account No. <br><br>**Roman Nydza** <br>**2416 W. Huron** <br>**Apt. 2** <br>**Chicago, IL 60612** | - | | | | | | **Unknown** |
| Account No. <br><br>**ROSE Pest Solutions** <br>**1809 W. North Ave.** <br>**Chicago, IL 60622** | - | | | | | | **Unknown** |
| Account No. <br><br>**Safdar A. Gill** <br>**9107 Samoset Trail** <br>**Skokie, IL 60076** | - | | | | | | **Unknown** |

Sheet no. __23__ of __33__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Codex Group, Inc.**                                    ,    Case No. _____
_____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **2010 AR 164**<br><br>**Scheck Lumber Company**<br>**c/o Nigro & Westfall**<br>**1793 Bloomingdale Rd.**<br>**Glendale Heights, IL 60139** | - | | | | | | **5,000.00** |
| Account No.<br><br>**Schindler Elevator Corp.**<br>**PO BOX 70433**<br>**Chicago, IL 60673** | - | | | | | | **Unknown** |
| Account No.<br><br>**Scorpio Excavating**<br>**1708 E. Euclid Road**<br>**Arlington Heights, IL 60004** | - | | | | | | **Unknown** |
| Account No. **xxxx xxxx xxxx 6946**<br><br>**Selfreliance Ukrainian American FCU**<br>**PO Box 4521**<br>**Carol Stream, IL 60197-4521** | - | | | | | | **17,436.23** |
| Account No. **xxxx-xxxx-xxxx-5798**<br><br>**Selfreliance Ukrainian American FCU**<br>**PO Box 4521**<br>**Carol Stream, IL 60197-4521** | - | | | | | | **9,000.00** |

Sheet no. __24__ of __33__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**31,436.23**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Codex Group, Inc.** _____ ,    Case No. _____
                                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community — DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Sergii Stetsiuk** <br> **2424 W. Ohio, Apt. 3** <br> **Chicago, IL 60612** | - | | | | | | **Unknown** |
| Account No. <br><br> **Serhiy Lyutenko** <br> **2110 N. Whipple St.** <br> **Chicago, IL 60622** | - | | | | | | **Unknown** |
| Account No. <br><br> **Serhiy Pavzyuk** <br> **836 N. Francisco Ave.** <br> **Chicago, IL 60622** | - | | | | | | **Unknown** |
| Account No. <br><br> **Skyline Steel** <br> **c/o CT Corporation** <br> **208 S. LaSalle, Suite 814** <br> **Chicago, IL 60604** | - | | | | | | **Unknown** |
| Account No. <br><br> **Soltis Services** <br> **c/o Nikolay Soltys** <br> **1838 Locust St.** <br> **Des Plaines, IL 60018** | - | | | | | | **Unknown** |

Sheet no. __25__ of __33__ sheets attached to Schedule of      Subtotal      | **0.00**
Creditors Holding Unsecured Nonpriority Claims                  (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re **Codex Group, Inc.** _____ ,    Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xx6953** | | | | | | | | |
| **Soto Insulation** **4323 South Western** **Chicago, IL 60609** | - | | | | | | | **8,200.00** |
| Account No. | | | | | | | | |
| **St. Mary's Cement Inc.** **c/o Illinois Corporation Services** **801 Adlai Stevenson Drive** **Springfield, IL 62703** | - | | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| **Stanislaw Walecki** **9307 Irving Park** **Apt 18** **Schiller Park, IL 60176** | - | | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| **Stepan Dehod** **2300 W. Huron St.** **2nd Floor** **Chicago, IL 60622** | - | | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| **Stepan Kolodiy** **2650 W. Iowa St.** **Chicago, IL 60622** | - | | | | | | | **Unknown** |

Sheet no. __26__ of __33__ sheets attached to Schedule of                    Subtotal                | **8,200.00**
Creditors Holding Unsecured Nonpriority Claims                              (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re **Codex Group, Inc.**                                        ,                Case No. _____
                                         Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Structural Engineering Consultants** <br>**c/o Theodore Shew** <br>**101 N. virginia St., Suite 260** <br>**Crystal Lake, IL 60014** | - | | | | | | **Unknown** |
| Account No. <br><br>**Sunbelt Rentals, Inc.** <br>**c/o CT Corporation System** <br>**208 S. LaSalle St. Suite 814** <br>**Chicago, IL 60604** | - | | | | | | **Unknown** |
| Account No. <br><br>**Superior Piling** <br>**7247 S. 78th Ave.** <br>**Bridgeview, IL 60455** | - | | | | | | **50,000.00** |
| Account No. <br><br>**Supreme Landscaping Inc.** <br>**4628 S. Lawler** <br>**Chicago, IL 60638** | - | | | | | | **Unknown** |
| Account No. <br><br>**Symons** <br>**PO BOX 712299** <br>**Cincinnati, OH 45271** | - | | | | | | **Unknown** |

Sheet no. __27__ of __33__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **50,000.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Codex Group, Inc.** _____,   Case No. _____
                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. <br><br>**T & D Painting and Drywall Inc.**<br>**c/o Fortino Galindo**<br>**222 Hunter Ave.**<br>**Joliet, IL 60436** | - | | | | | | | **Unknown** |
| Account No. <br><br>**Taedusz Maminski**<br>**3301 Ernst St.**<br>**Franklin Park, IL 60131** | - | | | | | | | **Unknown** |
| Account No. <br><br>**Testing Service Corporation**<br>**360 S. Main Place**<br>**Carol Stream, IL 60188** | - | | | | | | | **Unknown** |
| Account No. **AAT942** <br><br>**The NYS Thruway Authority**<br>**c/o NCO Financial Systems**<br>**507 Prudential Road**<br>**Horsham, PA 19044** | - | | | | | | | **100.00** |
| Account No. <br><br>**U Logistics, Inc.**<br>**c/o Roman Panychevnyy**<br>**2448 W. Walton St., 1st Rear**<br>**Chicago, IL 60622** | - | | | | | | | **Unknown** |

Sheet no. __28__ of __33__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **100.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Codex Group, Inc.**                                    ,        Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Ukrainian Builders Union** <br> **c/o Iaroslav Palagniuk** <br> **2558 W. Superior St.** <br> **Chicago, IL 60612** | - | | | | | | **Unknown** |
| Account No. <br><br> **United Rentals** <br> **3233 West 36th St.** <br> **Chicago, IL 60632** | - | | | | | | **Unknown** |
| Account No. <br><br> **US Bank, Inc.** <br> **P.O. Box 5227** <br> **Cincinnati, OH 45202-5227** | - | | | | | | **Unknown** |
| Account No. <br><br> **Vadim Davidiouk** <br> **744 N Oleander ave** <br> **Chicago, IL 60631** | - | | | | | | **Unknown** |
| Account No. <br><br> **Valdir Baron** <br> **2106 W. Belmont** <br> **Chicago, IL 60618** | - | | | | | | **Unknown** |

Sheet no. __29__ of __33__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                        **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Codex Group, Inc.** _____,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Vanda Ostrovska** <br> **2635 West Rice St., 1st Floor** <br> **Chicago, IL 60622** | - | | | | | | **10,157.00** |
| Account No. <br><br> **Vasyl Fishchuk** <br> **5103 W. Schubert Ave.** <br> **Chicago, IL 60639** | - | | | | | | **Unknown** |
| Account No. <br><br> **VB Accounting & Tax Services** <br> **2638 Fox Wood Drive** <br> **New Lenox, IL 60451** | - | | | | | | **Unknown** |
| Account No. <br><br> **Viktor Kashivskiy** <br> **1040 Whitfield Road** <br> **Northbrook, IL 60062** | - | | | | | | **Unknown** |
| Account No. <br><br> **Viktor Z Construction** <br> **c/o Viktor Zablotskiy** <br> **2448 W. Walton St.** <br> **Chicago, IL 60622** | - | | | | | | **Unknown** |

Sheet no. __30__ of __33__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **10,157.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Codex Group, Inc.** _____,  Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Volodymyr Barabach 2637 W. Haddon Chicago, IL 60622 | | - | | | | | | Unknown |
| Account No. | | | | | | | | |
| Volodymyr Kisil 2635 W. Rice St. 1st Floor Chicago, IL 60622 | | - | | | | | | Unknown |
| Account No. | | | | | | | | |
| Volodymyr Shchesnyak 2543 W. Cortez Chicago, IL 60622 | | - | | | | | | Unknown |
| Account No. | | | | | | | | |
| Volodymyr Svyatylo 2249 W. Iowa St. Chicago, IL 60622 | | - | | | | | | Unknown |
| Account No. | | | | | | | | |
| Volodymyr Vasus 2545 W. Walton 3rd Floor Chicago, IL 60622 | | - | | | | | | Unknown |

Sheet no. __31__ of __33__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **Codex Group, Inc.**                                          ,      Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | H W | J C | | | | | |
| Account No. | | - | | | | | | |
| Volodymyr Yurkevych 2350 W. Superior St. Chicago, IL 60612 | | | | | | | | Unknown |
| Account No. | | - | | | | | | |
| Weislaw Maminski 3301 N. Ernest St. Franklin Park, IL 60131 | | | | | | | | Unknown |
| Account No. | | - | | | | | | |
| West Lake Bath and Kitchen c/o Jordan Furlett 1117 W. Lake St. Chicago, IL 60607 | | | | | | | | Unknown |
| Account No. | | - | | | | | | |
| Yaroslav Kot 3200 Orange Brace Road Deerfield, IL 60015 | | | | | | | | Unknown |
| Account No. | | - | | | | | | |
| Yuliya Didura 856 Mansfield Chicago, IL 60622 | | | | | | | | Unknown |

Sheet no. __32__ of __33__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Codex Group, Inc.**  ,    Case No. _____
_____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Yuriy Rupiy** <br> **825 N. California** <br> **2nd Floor** <br> **Chicago, IL 60622** | - | | | | | | **Unknown** |
| Account No. <br><br> **Zechmann Supply** <br> **430 N. Damen Ave.** <br> **Chicago, IL 60622** | - | | | | | | **Unknown** |
| Account No. <br><br> **Zibby Iron & Metal** <br> **941 N. California Ave.** <br> **Chicago, IL 60622** | - | | | | | | **Unknown** |
| Account No. <br><br><br><br> | | | | | | | |
| Account No. <br><br><br><br> | | | | | | | |

Sheet no. __33__ of __33__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | Subtotal (Total of this page) | **0.00** |
|---|---|---|
| | Total (Report on Summary of Schedules) | **1,089,975.14** |

B6G (Official Form 6G) (12/07)

.

In re **Codex Group, Inc.** _____,    Case No. _____

Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                    Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

In re  **Codex Group, Inc.**                                ,      Case No. _____
                                     Debtor

# SCHEDULE H - CODEBTORS

      Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
| | |

**0**
_____ continuation sheets attached to Schedule of Codebtors

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                            Best Case Bankruptcy

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Codex Group, Inc.**                                                    Case No.
                                      Debtor(s)           Chapter     **7**


# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP


        I, the President of the corporation named as debtor in this case, declare under penalty of perjury that I have
read the foregoing summary and schedules, consisting of ____**44**____ sheets, and that they are true and correct to the best
of my knowledge, information, and belief.


Date  **August 22, 2011**                              Signature   **/s/ Vyacheslav Yakonskyy**
                                                                    **Vyacheslav Yakonskyy**
                                                                    **President**


*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

B7 (Official Form 7) (04/10)

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Codex Group, Inc.**                                              Case No.
Debtor(s)                        Chapter    **7**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $0.00 | 2009: NO INCOME |
| $0.00 | 2010: NO INCOME |
| $0.00 | 2011 YTD: NO INCOME |

---

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                          SOURCE

2

**3. Payments to creditors**

None ■    *Complete a. or b., as appropriate, and c.*

   a.    *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None ■    b.    *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None ■    c.    *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4.  Suits and administrative proceedings, executions, garnishments and attachments**

None ☐    a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **CNH Capital v. CODEX Group, Inc., et al; Case No. 2010 L 051039** | **complaint for breach of contract and replevin** | **Circuit Court, Cook County, Law Division, Chicago, Illinois** | **citation to discover assets issued** |
| **Al Warren Oil Company v. Codex; Case No. 2010 M1 107319** | **complaint for breach of contract** | **Circuit Court, Cook County, First Municipal District, Chicago, Illinois** | **case pending** |
| **City of Chicago v. Codex; Case No. 2011 M1 655440** | **city code violations** | **Circuit Court, Cook County, First Municipal District, Chicago, Illinois** | **case pending** |
| **City of Chicago v. CODEX; Case No. 2010 M1 672896** | **city code violations** | **Circuit Court, Cook County, First Municipal District, Chicago, Illinois** | **case pending** |
| **City of Chicago v. CODEX; Case No. 2010 M1 663774** | **city code violations** | **Circuit Court, Cook County, First Municipal District, Chicago, Illinois** | **case pending** |

None ■    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

3

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

**5. Repossessions, foreclosures and returns**

None
☐

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Ford Motor Credit**<br>**PO BOX 54200**<br>**Omaha, NE 68154** | **July 2010** | **Ford-750 truck** |

---

**6. Assignments and receiverships**

None
■

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
■

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

---

**7. Gifts**

None
■

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

---

**8. Losses**

None
■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

4

**9. Payments related to debt counseling or bankruptcy**

None ☐ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Law Offices of David Freydin, Ltd.** **4433 West Touhy** **Suite 405** **Lincolnwood, IL 60712** | **08/22/2011** | **$1,000.00** |

**10. Other transfers**

None ■ a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None ■ b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11. Closed financial accounts**

None ■ List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

**12. Safe deposit boxes**

None ■ List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**

None ■ List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

5

**14.  Property held for another person**

None
■

List all property owned by another person that the debtor holds or controls.

NAME AND ADDRESS OF OWNER          DESCRIPTION AND VALUE OF PROPERTY          LOCATION OF PROPERTY

**15.  Prior address of debtor**

None
■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

ADDRESS                                    NAME USED                                    DATES OF OCCUPANCY

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

6

---

**18 . Nature, location and name of business**

None
■

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|------|------|------|------|

None
■

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|------|---------|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

---

**19. Books, records and financial statements**

None
■

a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|------|------|

None
■

b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|------|------|------|

None
■

c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|------|---------|

None
■

d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|------|------|

**20. Inventories**

None ■    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|

None ■    b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

**21 . Current Partners, Officers, Directors and Shareholders**

None ■    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None ■    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|

**22 . Former partners, officers, directors and shareholders**

None ■    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None ■    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

**23 . Withdrawals from a partnership or distributions by a corporation**

None ■    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**24. Tax Consolidation Group.**

None ■    If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

8

**25. Pension Funds.**

None
■

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                                    TAXPAYER IDENTIFICATION NUMBER (EIN)

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date  **August 22, 2011**          Signature  **/s/ Vyacheslav Yakonskyy**

                                              **Vyacheslav Yakonskyy**
                                              **President**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

# United States Bankruptcy Court
### Northern District of Illinois

In re    **Codex Group, Inc.** _____    Case No. _____
                                                                Debtor(s)    Chapter    **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.    Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept ......................................    $ _____**1,000.00**

    Prior to the filing of this statement I have received ......................    $ _____**1,000.00**

    Balance Due ........................................................................................    $ _____**0.00**

2.    The source of the compensation paid to me was:

    ■ Debtor        □ Other (specify):

3.    The source of compensation to be paid to me is:

    ■ Debtor        □ Other (specify):

4.    ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    □ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.    A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.    Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    b.    [Other provisions as needed]
        **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6.    By agreement with the debtor(s), the above-disclosed fee does not include the following service:
        **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:    **August 22, 2011** _____        **/s/ David Freydin** _____
                                                                **David Freydin**
                                                                **Law Offices of David Freydin, Ltd.**
                                                                **4433 West Touhy**
                                                                **Suite 405**
                                                                **Lincolnwood, IL 60712**
                                                                **888-536-6607   Fax: 866-575-3765**
                                                                **david.freydin@freydinlaw.com**

---

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Codex Group, Inc.**           Case No. _____

                        Debtor(s)     Chapter    **7** _____

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:            **170**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:   **August 22, 2011** _____      **/s/ Vyacheslav Yakonskyy** _____

                                         **Vyacheslav Yakonskyy/President**
                                         Signer/Title

ABD & Associates
c/o Zenon Wozny
8747 W. Bryn Mawr, Unit 505
Chicago, IL 60631


ABD American Builders andDevelopers
Valeriy Yenakiy
2654 American Lane
Elk Grove Village, IL 60007


Acorn Garage, Inc.
417 N. Hoyne Ave.
Chicago, IL 60612


ADT Security Service, Inc.
PO BOX 371490
Pittsburgh, PA 15250-7490


Advanta Bank Corporation
PO Box 30715
Salt Lake City, UT 84130-0715


Airgas North Central
3223-27 North Elston
Chicago, IL 60618


AJAX Waster Services
PO BOX 3909
Joliet, IL 60434


Al Warren Oill Company
c/o Michael D. Weis
PO BOX 1166
Northbrook, IL 60065


American Express
Box 0001
Los Angeles, CA 90096-0001


American Express
Box 0001
Los Angeles, CA 90096-0001

American Waste Haulers, Inc.
2100 W. Madison St.
Maywood, IL 60153


Armchair Property Management
PO BOX 577395
Chicago, IL 60657


Armchair Property Management
PO BOX 577395
Chicago, IL 60657


Axis Response Group, LLC
PO BOX 597379
Chicago, IL 60659


Bank of America
PO Box 15184
Wilmington, DE 19850-5184


Blue Book of Building and Construct
c/o Prentice Hall Corp.
33 North LaSalle Co.
Chicago, IL 60602


Chase Cardmember Services
PO Box 15678
Wilmington, DE 19885-5678


Citi Cards
PO Box 6077
Sioux Falls, SD 57117-6077


City of Chicago
Administrative Hearings Collections
121 N. LaSalle St., Room 107A
Chicago, IL 60602


CNH Capital
PO BOX 0507
Carol Stream, IL 60132-0507


CNH Capital
PO BOX 0507
Carol Stream, IL 60132-0507

CNH Capital America LLC
c/o W. Kent Carter - Clark Hill PLC
150 N. Michigan Ave. #2700
Chicago, IL 60601


CNH Capital America LLC
c/o W. Kent Carter - Clark Hill PLC
150 N. Michigan Ave. #2700
Chicago, IL 60601


Cobra Concrete Cutting Inc.
2416 E. Oakton
Arlington Heights, IL 60005


Crown Steel Sales
3355 West 31st
Chicago, IL 60623


Cumberland Accounting Services
4501 N. Cumberland, Suite C
Harwood Heights, IL 60706


De Canio Builders
738 N. California
Chicago, IL 60612


Discount Roofind Materials, Inc.
2700 N. Pulaski Ave.
Chicago, IL 60639


Discover Financial Services
P.O. Box 30943
Salt Lake City, UT 84130-0943


Discover Financial Services
P.O. Box 30943
Salt Lake City, UT 84130-0943


Dmytro Trotsenko
2732 W. Thomas
Chicago, IL 60622

Ecogardens LLC
c/o Gregory Raymond
1937 N. Winchester
Chicago, IL 60622


Edgar Farez
3805 W. Diversey
Chicago, IL 60647


Elavon Settlement
PO BOX 86
SDS 12-2291
Minneapolis, MN 55486


Enterprise Portfolio Services
4308 Three Mile Rd. NW
Grand Rapids, MI 49534-1297


ETS Environmental & Associates
Daniel Anderson
1820 Wallace Ave., Suite 123
Saint Charles, IL 60174


Eugene Koulbanski
7606 Eleanor Place
Willowbrook, IL 60527


Eugeni Heating, Inc.
c/o Eugeni Kolbanski
425 Huehl Road, Suite 4B
Northbrook, IL 60062


Exclusive Tile, Inc.
c/o Alexander Govzan
1622 N. 73rd
Elmwood Park, IL 60707


Favorite Construction
7444 W. Oleander Ave.
Chicago, IL 60631


First Equity Card Corporation
PO Box 23029
Columbus, GA 31902-3029

Fischer Crane Inc.
120 S. LaSalle, Suite 1335
Chicago, IL 60603


Five Point Capital, Inc.
10525 Vista Sorrento Prkwy #304
San Diego, CA 92121


Ford Motor Credit
PO BOX 54200
Omaha, NE 68154


Foundation Drilling
215 Industrial Lane
Wheeling, IL 60090


Foundation Engineering
PO BOX 3613
Lake Zurich, IL 60047


Fry Water and Damp Proofing
13624 Eileen Court
Orland Park, IL 60462


Gilbert Levis Associates
1020 E. 41st Place
Chicago, IL 60653


Great House Construction
c/o Ihor Khoma
2134 Beechnut Rd.
Northbrook, IL 60062


Hambro
4010 Clay St.
PO BOX C/285
Point of Rocks, MD 21777


Hanna Architects
188 W. Randolph St.
Chicago, IL 60601


Hausman-Kunkel, Inc.
43 East Glenlake
Roselle, IL 60172

Health & Fitness Center
1501 Busch Parkway
Buffalo Grove, IL 60089


Hinkle Engineering
8167 South Cass
Darien, IL 60561


Hollywood Crane Services
PO BOX 414
Chicago Ridge, IL 60415


Home Depot Credit Services
Processing Center
Des Moines, IA 50364-0500


Honda Financial Services
P.O. Box 60001
City Of Industry, CA 91716


Iaroslav Palagniuk
2558 W. Superior
Chicago, IL 60612


Ihor Shvetsov
836 N. Damen Ave.
Chicago, IL 60622


Ilim Mazhitov
5365 N. Delphia Ave.
Apt. 266
Chicago, IL 60656


Interior Stone of Midwest, Inc.
c/o Stanley Pluta
1801-17 N. Humboldt
Chicago, IL 60647


Ivan Barabash
3108 W. Walton St.
Apt 2A
Chicago, IL 60622

Ivan Gasko
3123 N. Natoma Ave.
Chicago, IL 60634


Ivan Vintonyak
2121 W. Huron St.
Chicago, IL 60612


Karen Biazar
2324 W. North Ave.
Chicago, IL 60647-5315


Kavic Construction
c/o Victor Kashivskiy
1040 Withfield Road
Northbrook, IL 60062


Kazim Shamuratov
8614 W. Berwyn
Chicago, IL 60656


Kowenia & Alex Services
3045 N. Milwaukee Ave.
Chicago, IL 60618


KRW Consulting Group
c/o Law Offices of Joel Cardis
2006 Swede Road, Suite 100
Norristown, PA 19401


L Poleyk
c/o Ira Kaufman
566 West Lake St. Suite 410
Chicago, IL 60661


LAS Hardwood Inc.
5200 Wesley Terrace
Chicago, IL 60656


LiveOffice LLC
2780 Skypark Drive, Suite 300
Torrance, CA 90505

Lopeli, Ltd.
c/o Eugene Volynets
PO BOX 417
Greenvale, NY 11548


LZ Services Express, Inc.
c/o Ladislav Zumar
18 W. 125 63rd St., Apt .203A
Westmont, IL 60559


Malgorzata Sierbinska
1963 Grove Ave.
Schaumburg, IL 60173


Mariya Barabach
2637 W. Haddon
Chicago, IL 60622


Master Washing
3351 N. Neenah
Chicago, IL 60634


Mayfair Lumber
4825 W. Lawrence Ave.
Chicago, IL 60630


MBP Services
c/o Martin Brzozowski
1500 Sandstone
Wheeling, IL 60090


Metal Construction Inc.
c/o Dmytro Venhrynovych
1910 W. Chicago Ave., Unit 3R
Chicago, IL 60622


Michael's Carpentry and Remodeling
c/o Michael Mayik
203 N. Fairview St
Mount Prospect, IL 60056


Midwest Bank
PO Box 790408
Saint Louis, MO 63179-0408

Midwest Technical Consultants
1840 Centre Point
Naperville, IL 60563


Milena Jguenti, MD
1247 North Milwaukee Ave.
Glenview, IL 60025


Miroslaw Siembab
2921 N. 77th Ave.
Elmwood Park, IL 60707


MM Universal Corp
c/o Mykhaylo Samnara
2320 West Iowa St, 3rd Floor
Chicago, IL 60622


MNOA Construction
c/o Murtaza Shamuratov
5241 N. Potawatomie Unit 1W
Chicago, IL 60656


Mobile Mini, Inc.
c/o CT Corporation
208 S. LaSalle St., Suite 814
Chicago, IL 60604


Multiple Concrete Accesories
20284 N. Rand Road
Palatine, IL 60074


N.Y. Watchmen Services
c/o Michael Elem
544 53rd Ave
Bellwood, IL 60104


Nicor, Inc.
PO Box 416
Aurora, IL 60568


Olearys Contractors
4554 W. North Ave.
Chicago, IL 60639

Oleg Stadnyk
3443 W. Chicago Ave.
2nd Floor
Chicago, IL 60651


OMK Steel Construction
2547 W. Superior St.
Chicago, IL 60622


Ozinga Ready Mix Concrete
PO BOX 910
Frankfort, IL 60423


Patent Construction Systems
PO BOX 643465
Pittsburgh, PA 15264


Pavlo Derevianyi
822 N. Campbell
Chicago, IL 60622


Payline West Inc.
420 Nolen Drive
South Elgin, IL 60177


PED,  Inc.
5264 N. Natchez
Chicago, IL 60656


Peoples Energy
ATTN: Customer Service
130 East Randolph Drive
Chicago, IL 60601


Peoples Energy
ATTN: Customer Service
130 East Randolph Drive
Chicago, IL 60601


Piotr Tokarz
PT's Heating and Cooling
3431 N. Knox
Chicago, IL 60641

Platyk Plumbing
c/o Wladyslaw Patyk
7475 Oak Park Ave.
Niles, IL 60714


PNC Bank
PO BOX 856177
Louisville, KY 40285-6177


PNC Bank
PO BOX 856177
Louisville, KY 40285


Poldor Construction
3410 N. Nordica
Chicago, IL 60634


Praire Materials
5185 Paysphere Circle
Chicago, IL 60674


Premium Exteriors, Inc.
5521 N. Cumberland #1109
Chicago, IL 60656


Professional Warranty Service
4443 Brookfield Corporate
Chantilly, VA 20151


Progress IP, Inc.
2558 W. Superior
Chicago, IL 60612


PT's Heating and Cooling, Inc.
710 N. Dryden
Arlington Heights, IL 60004


Quality Excavation
1120 W. Belmont Ave.
Chicago, IL 60657


R.A.R. Design Square Inc.
2618 W. Superior
Chicago, IL 60612

Rach Electric
c/o Zoe Biel
1478 West Webster Ave.
Chicago, IL 60614


Rafael Henry
4444 N. Avers
Chicago, IL 60625


Ramiro Rendon
1936 S. Central
Cicero, IL 60804


Ravenswood Disposal Services
c/o Branko Vardijan
660 Meadowood
Lake Forest, IL 60045


Rite Construction
c/o Peter Kaczynski
191 Oakland Grove
Elmhurst, IL 60126


Riverside Pump
9345 Southview
PO BOX 597
Brookfield, IL 60513


Roman Nydza
2416 W. Huron
Apt. 2
Chicago, IL 60612


ROSE Pest Solutions
1809 W. North Ave.
Chicago, IL 60622


Safdar A. Gill
9107 Samoset Trail
Skokie, IL 60076


Scheck Lumber Company
c/o Nigro & Westfall
1793 Bloomingdale Rd.
Glendale Heights, IL 60139

Schindler Elevator Corp.
PO BOX 70433
Chicago, IL 60673


Scorpio Excavating
1708 E. Euclid Road
Arlington Heights, IL 60004


Selfreliance Ukrainian American FCU
PO Box 4521
Carol Stream, IL 60197-4521


Selfreliance Ukrainian American FCU
PO Box 4521
Carol Stream, IL 60197-4521


Sergii Stetsiuk
2424 W. Ohio, Apt. 3
Chicago, IL 60612


Serhiy Lyutenko
2110 N. Whipple St.
Chicago, IL 60622


Serhiy Pavzyuk
836 N. Francisco Ave.
Chicago, IL 60622


Skyline Steel
c/o CT Corporation
208 S. LaSalle, Suite 814
Chicago, IL 60604


Soltis Services
c/o Nikolay Soltys
1838 Locust St.
Des Plaines, IL 60018


Soto Insulation
4323 South Western
Chicago, IL 60609

St. Mary's Cement Inc.
c/o Illinois Corporation Services
801 Adlai Stevenson Drive
Springfield, IL 62703


Stanislaw Walecki
9307 Irving Park
Apt 18
Schiller Park, IL 60176


Stepan Dehod
2300 W. Huron St.
2nd Floor
Chicago, IL 60622


Stepan Kolodiy
2650 W. Iowa St.
Chicago, IL 60622


Structural Engineering Consultants
c/o Theodore Shew
101 N. virginia St., Suite 260
Crystal Lake, IL 60014


Sunbelt Rentals, Inc.
c/o CT Corporation System
208 S. LaSalle St. Suite 814
Chicago, IL 60604


Superior Piling
7247 S. 78th Ave.
Bridgeview, IL 60455


Supreme Landscaping Inc.
4628 S. Lawler
Chicago, IL 60638


Symons
PO BOX 712299
Cincinnati, OH 45271


T & D Painting and Drywall Inc.
c/o Fortino Galindo
222 Hunter Ave.
Joliet, IL 60436

Taedusz Maminski
3301 Ernst St.
Franklin Park, IL 60131


Testing Service Corporation
360 S. Main Place
Carol Stream, IL 60188


The NYS Thruway Authority
c/o NCO Financial Systems
507 Prudential Road
Horsham, PA 19044


U Logistics, Inc.
c/o Roman Panychevnyy
2448 W. Walton St., 1st Rear
Chicago, IL 60622


Ukrainian Builders Union
c/o Iaroslav Palagniuk
2558 W. Superior St.
Chicago, IL 60612


United Rentals
3233 West 36th St.
Chicago, IL 60632


US Bank, Inc.
P.O. Box 5227
Cincinnati, OH 45202-5227


Vadim Davidiouk
744 N Oleander ave
Chicago, IL 60631


Valdir Baron
2106 W. Belmont
Chicago, IL 60618


Vanda Ostrovska
2635 West Rice St., 1st Floor
Chicago, IL 60622

Vasyl Fishchuk
5103 W. Schubert Ave.
Chicago, IL 60639


VB Accounting & Tax Services
2638 Fox Wood Drive
New Lenox, IL 60451


Viktor Kashivskiy
1040 Whitfield Road
Northbrook, IL 60062


Viktor Z Construction
c/o Viktor Zablotskiy
2448 W. Walton St.
Chicago, IL 60622


Volodymyr Barabach
2637 W. Haddon
Chicago, IL 60622


Volodymyr Kisil
2635 W. Rice St.
1st Floor
Chicago, IL 60622


Volodymyr Shchesnyak
2543 W. Cortez
Chicago, IL 60622


Volodymyr Svyatylo
2249 W. Iowa St.
Chicago, IL 60622


Volodymyr Vasus
2545 W. Walton
3rd Floor
Chicago, IL 60622


Volodymyr Yurkevych
2350 W. Superior St.
Chicago, IL 60612

Weislaw Maminski
3301 N. Ernest St.
Franklin Park, IL 60131

West Lake Bath and Kitchen
c/o Jordan Furlett
1117 W. Lake St.
Chicago, IL 60607

Yaroslav Kot
3200 Orange Brace Road
Deerfield, IL 60015

Yuliya Didura
856 Mansfield
Chicago, IL 60622

Yuriy Rupiy
825 N. California
2nd Floor
Chicago, IL 60622

Zechmann Supply
430 N. Damen Ave.
Chicago, IL 60622

Zibby Iron & Metal
941 N. California Ave.
Chicago, IL 60622

# United States Bankruptcy Court
## Northern District of Illinois

In re   __Codex Group, Inc.__                                     Case No.
                                    Debtor(s)          Chapter    **7**

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __Codex Group, Inc.__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Ihor Shvetsov**
**836 N. Damen Ave., Apt.2**
**Chicago, IL 60622**

**Vyacheslav Yakonskyy**
**2830 Blackthorn Road**
**Riverwoods, IL 60015**

☐ None [*Check if applicable*]

__August 22, 2011__                        /s/ David Freydin

Date                                    **David Freydin**

                                        Signature of Attorney or Litigant
                                        Counsel for   **Codex Group, Inc.**
                                        **Law Offices of David Freydin, Ltd.**
                                        **4433 West Touhy**
                                        **Suite 405**
                                        **Lincolnwood, IL 60712**
                                        **888-536-6607 Fax:866-575-3765**
                                        **david.freydin@freydinlaw.com**